NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EDUARDO GUITARD, JR., DOC #935174, )
)
        Appellant, )
)
v. )     Case No. 2D17-5049
)
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

Opinion filed November 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Hunter W. Carroll, Judge.

Eduardo Guitard, Jr., pro se.


PER CURIAM.


       Affirmed.


SILBERMAN, KELLY and MORRIS, JJ., Concur.